UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RICHARD MEJIA,

          Plaintiff,

          -against-

BOUNTIFUL BERRY, INC.,

          Defendants.

------------------------------------------------------------x

22-CV-2906 (PGG) (OTW)

**CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The **August 2, 2022 conference is adjourned *sine die*.** the following scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties.** The parties may amend the pleadings or join additional parties until **September 15, 2022.**

**Discovery.** All fact discovery shall be completed by **November 10, 2022.** All expert discovery shall be completed by **December 23, 2022.**

**Discovery Disputes.** The parties are required to follow the Court's Individual Practices when seeking Court intervention on discovery disputes. *See* http://www.nysd.uscourts.gov/judge/Wang.

**Status Letter.** A joint letter informing the Court about the status of discovery shall be filed with the Court on the last Friday of every month, beginning with **August 26, 2022**. The letter should address any outstanding discovery disputes and the efforts made by the parties to resolve these issues without Court intervention. It should also indicate whether the parties wish to schedule a settlement conference and, if so, include

proposed dates on at least two consecutive weeks. The parties are, however, encouraged to contact the Court earlier if they believe a settlement conference sooner would be productive.

**Status Conference.** A status conference is scheduled **for October 12, 2022 at 10:30 A.M.** The parties should be prepared to advise the court as to whether either side wishes to file a motion for summary judgment or proceed to trial and to discuss scheduling of the same.

**Trial.** The parties request a jury trial.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: August 1, 2022  
New York, New York

**Ona T. Wang**  
United States Magistrate Judge